UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

In re

WILKINS, DANIEL B

Case No. 10-34612-DOT

Chapter 7

Debtor(s)

REPORT OF DEPOSIT OF SMALL DIVIDENDS

Pursuant to Federal Rule of Bankruptcy Procedure 3011 and 11 U.S.C. §347, the trustee herein submits a check payable to "Clerk, United States Bankruptcy Court" representing small dividends to be deposited by the Clerk of Court into the Treasury of the United States. Said funds are subject to withdrawal as provided by 28 U.S.C. 2042 and shall not escheat under any state law. The small dividend(s) represent the dividend(s) due and payable to:

| Creditor's Name and Address | Amount of Dividend |
|---|---|
| Romaha Importers<br>1670 Republic Road<br>Huntington Valley, PA  19006 | $ 2.80 |

Dated: August 30, 2011

/s/ Harry Shaia, Jr.
HARRY SHAIA, JR., Trustee
5897
8550 MAYLAND DRIVE
RICHMOND, VA  23294

(804) 747-0920

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Report of Deposit of Small Dividends was electronically served or mailed to the Office of the United States Trustee at 701 East Broad Street, Suite 4304, Richmond, VA 23219-1885 on August 30, 2011.

/s/ Harry Shaia, Jr.
HARRY SHAIA, JR.